# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. JAMES GERALD GARZA**     Case No.   2:10-CR-6069-RMP-1
                                              4:20-MJ-7227-MKD-1

Video Conference
The Defendant agreed to appear via video conference.

**Initial Appearance on Supervised Release Petition**     09/01/2020
**and Detention Hearing:**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Benjamin Seal, US Atty (video) |
| | | ☒ | Paul Shelton, Defense Atty (video) |
| ☒ | David McCary, US Probation / Pretrial Services (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing by video from Benton County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☐ | Rights given |
| ☐ | USA not seeking detention | ☐ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed in 4:20-MJ-7227-MKD | ☒ | Defense to mail a copy of petition to Defendant |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

    Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.

    USA proffered the pretrial services report and the supplemental report and concurs with its recommendation of continued detention of the Defendant.

    USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

   Defense counsel argued why the Defendant should be released including his long-term ties to this community and his family in this area and potential employment.  Defense advised Defendant had recent shoulder surgery and is supposed to be engaging in physical therapy.
   Defendant addressed the Court regarding status of his physical therapy.
   Court colloquy with Defense regarding therapy.
   Defense waived a preliminary hearing on the supervised release petition.

   **The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. A Revocation Hearing in CR-10-6069-RMP is set for 9/17/2020 at 3:00 p.m. Y/RMP by video.
3. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
4. Court requests Defense to gather more information on the frequency and duration of physical therapy that is required to consider if Defendant can be released only for those purposes on a schedule and return to the jail.
5. Defendant shall be detained by the U.S. Marshal until further order of the Court.