1 Paul Shelton
2 Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
3 Yakima, WA 98901
(509) 248-8920
4
Attorney for Defendant
5 James Gerald Garza

6

7                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
8                   The Honorable Rosanna Malouf Peterson
9

10 | United States of America,
11 |                    Plaintiff,        | No.  2:10-CR-6069-RMP
12 |    v.                                | **Notice of Appearance**
13 | James Gerald Garza,
14 |                    Defendant.
15 |

16     Please take notice that Paul Shelton of the Federal Defenders of
17
18 Eastern Washington and Idaho hereby enters his appearance as counsel
19 of record in this matter.  All future correspondence and court filings
20 should be forwarded directly to the address listed above.
21
22 //
23 //
24
25

Notice of Appearance:  1

Dated: September 2, 2020.

By s/ Paul Shelton
Paul Shelton, 52337
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Paul_Shelton@fd.org

## Certificate of Service

I hereby certify that on September 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Ian L. Garriques, Assistant United States Attorneys.

s/ Paul Shelton
Paul Shelton