AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 02, 2020**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| James Gerald Garza | ) Case No. 2:10-cr-06069-RMP-1 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Gerald Garza,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed 08/28/2020

Date: Aug 28, 2020, 11:01 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* 8/28/20, and the person was arrested on *(date)* 8/28/20 at *(city and state)* Richland, WA. | Arrested within the E/WA<br>BY: USMS<br>(Agency) |
| Date: 8/28/20 | Executed On: 8/28/20<br>Sign: *Reagan K. Havey, USMS*<br>*Arresting officer's signature*<br>*Printed name and title* |