PROB 12C
(6/16)

Report Date:  August 28, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 28, 2020

SEAN F. MCAVOY, CLERK

Name of Offender: James Gerald Garza             Case Number: 0980 2:10CR06069-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 7, 2012

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance-Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 120 months; TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garrigues | Date Supervision Commenced: June 1, 2018 |
| Defense Attorney: | Nicholas Wright Marchi | Date Supervision Expires: May 31, 2026 |

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: James Garza is considered to be in violation of his conditions of supervised release by being charged with distribution of over 50 grams of actual methamphetamine in the Eastern District of Washington, docket number 4:20-MJ-07227-MKD on August 27, 2020.

Mr. Garza's conditions of supervised release were reviewed with him on June 1, 2018. He signed a copy of his conditions acknowledging an understanding, including mandatory condition number 2, as noted above. A copy of his signed conditions form was provided to him.

A criminal compliant was filed by the Drug Enforcement Agency (DEA) in the Eastern District of Washington on August 27, 2020, alleging Mr. Garza had distributed over 50 grams of methamphetamine. Mr. Garza met with a confidential source (CS) on July 23, 2020, and sold the CS one pound of methamphetamine at a location in Pasco, Washington. DEA observed Mr. Garza meet with the CS, travel to a storage facility, then return to the CS.

Prob12C
**Re: Garza, James Gerald**
**August 28, 2020**
**Page 2**

Mr. Garza entered the CS's vehicle for a brief period, then exited the CS's vehicle and returned to his residence. The CS met with DEA and handed over approximately 1 pound of a crystal substance. The DEA Western Regional Lab reported that this substance tested 74% pure methamphetamine hydrochloride.

On August 18, 2020, DEA used the CS to purchase 2 pounds of methamphetamine from Mr. Garza. This purchase occurred in Pasco, Washington. DEA observed Mr. Garza meet briefly with the CS, then depart the area. The CS met with DEA and handed over approximately 2 pounds of a crystal substance. The substance field tested positive for methamphetamine, had a gross weight of 928.66 gg, and was sent to the lab for testing.

Mr. Garza was arrested on August 27, 2020, without incident and is currently at the Benton County Jail. He has an initial appearance in Richland scheduled for August 28, 2020.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/28/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

8/28/2020

Date