William D. Hyslop
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES GERALD GARZA,<br><br>Defendant. | 2:10-CR-06069-RMP<br><br>Notice of Substitution of Counsel for the United States |

Benjamin D. Seal, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States of America replacing Ian L. Garriques.

DATED September 3, 2020.

                                             William D. Hyslop
                                             United States Attorney

                                             s/ Benjamin D. Seal_____
                                             BENJAMIN D. SEAL
                                             Assistant United States Attorney

1
2      I hereby certify that on September 3, 2020, I electronically filed the foregoing
3  with the Clerk of the Court using the CM/ECF System which will send notification of
4  such filing to the following:   Paul Shelton
5
6
7                              s/ Benjamin D. Seal
                               BENJAMIN D. SEAL
8                              Assistant United States Attorney
                               United States Attorney's Office
9                              402 E. Yakima Ave., Suite 210
                               Yakima, WA 98901
10                             (509) 454-4425
                               (509) 249-3297 (fax)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF
COUNSEL FOR THE UNITED STATES                  2