FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JAMES GERALD GARZA,<br><br>          Defendant. | Nos. 4:20-CR-06026-SAB-1<br>       2:10-CR-06069-SAB-1<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING; CONTINUING SUPERVISED RELEASE VIOLATION HEARING** |

Before the Court is the Government's Unopposed Motion to Continue Sentencing and Extend Deadlines, [4:20-CR-06026-SAB-1] ECF No. 130. The motion was considered without oral argument. The United States of America is represented by Stephanie Van Marter. Defendant is represented by Nicholas Marchi.

The Government asks for additional time in this matter to file its Review of Presentence Investigation Report and the Sentencing Memorandum. The Government indicates Mr. Garza does not object to the motion. The Court finds good cause to grant the motion.

//

//

**ORDER GRANTING MOTION TO CONTINUE SENTENCING;
CONTINUING SUPERVISED RELEASE VIOLATION HEARING** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion to Continue, [4:20-CR-06026-SAB-1] ECF No. 130, is **GRANTED**.

2. The September 6, 2023, sentencing set in Case 4:20-CR-06026-SAB-1 is **STRICKEN** and **RESET** to **November 28, 2023, at 2:00 p.m. in Yakima**, Washington. All deadlines set forth in **ECF No. 122** are extended accordingly.

3. The September 6, 2023, supervised release revocation hearing set in Case No. 2:10-CR-06069-SAB-1 is **STRICKEN** and **RESET** to **November 28, 2023, at 2:00 p.m. in Yakima**, Washington.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and U.S. Probation.

**DATED** this 5th day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO CONTINUE SENTENCING; CONTINUING SUPERVISED RELEASE VIOLATION HEARING *2**